IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ANDY VERTOONT

      Petitioner,

v.                                                                                    CASE NO. 1:11-cv-128-MP-GRJ

U.S. DEP'T OF HOMELAND SECURITY,
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT
      Respondent.

_____/

## REPORT AND RECOMMENDATION

This case is before the Court on Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1]  Doc. 1.  Petitioner, a Belgian citizen, is in the custody of U.S. Immigration and Customs Enforcement pursuant to a final order of removal issued by the Board of Immigration Appeals on May 31, 2011.  The Petition reflects that at the time it was filed Petitioner was confined in the Baker County Jail, within the jurisdiction of the Middle District of Florida.  However, a review of the ICE online detainee locator reflects that Petitioner is currently confined at Krome North SPC, Miami, Florida, within the jurisdiction of the Southern District of Florida.

To the extent that Petitioner challenges his detention pending removal, his petition must be filed in the district of confinement.  *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).  Because it is unclear whether Petitioner is confined in the Middle District or Southern District, the Court recommends dismissal without prejudice rather than

---

[1] Petitioner has also filed a petition for writ of habeas corpus with the Middle District of Florida, pursuant to 28 U.S.C. § 2241, challenging his detention by DHS/ICE. The Middle District issued an order of transfer in its case, 3:11-cv-63-J-37TEM, on June 28, 2011, transferring the case to the U.S. Court of Appeals for the 11th Circuit.

transfer.

To the extent that Petitioner challenges the final order of removal, it is not appropriate for this Court to address the removal issue.  The federal circuit courts of appeal have exclusive jurisdiction to review final immigration orders of removal or deportation.  REAL ID Act of 2005, Pub. L. No. 109-13, 119 Stat. 231, 310-11 (2005); 8 U.S.C. § 1252.

## Conclusion

For the foregoing reasons it is respectfully **RECOMMENDED** this cause be **DISMISSED WITHOUT PREJUDICE.**

**IN CHAMBERS**  this 5th day of July, 2011.

*s / Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**