IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDY VERTOONT,

     Petitioner,

v.                                    CASE NO. 1:11-cv-00128-MP-GRJ

DHS/ICE, JOHN GIBSON,

     Respondents.

_____/

# **O R D E R**

     This matter is before the Court on Mr. Vertoont's petition to be released from ICE custody, Doc. 1.  The Magistrate Judge issued an Report and Recommendation, recommending dismissal because Mr. Vertoont, at that time, was confined in the Southern District of Florida. The time for filing objections has passed, and none have been filed.   Indeed, the Report and Recommendation was returned as undeliverable.  Moreover, the ICE Online Detainee Locator System indicates that Mr. Vertoont has been released from ICE custody within the last 60 days. Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.     The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

     2.     This case is dismissed, and the Clerk is directed to close the file.

     **DONE AND ORDERED** this _15th_  day of August, 2011



           *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge